AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the
District of the Virgin Islands

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MELVIN R. PETERSEN | ) | Case No: D.C. CRIMINAL NO. 1996-261 |
| | ) | USM No: REGISTER NO. 01877-094 |
| Date of Previous Judgment: 09/30/1998 | ) | Thurston McKelvin, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __240__ months **is reduced to** __151__.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS

Upon release from imprisonment, defendant shall be on supervised release for a term of six (6) years.


Except as provided above, all provisions of the judgment dated __09/30/1998__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/04/2010                      /s/ Curtis V. Gomez
                                                                *Judge's signature*

Effective Date: 02/04/2010                  Curtis V. Gomez, Chief Judge
*(if different from order date)*                *Printed name and title*